AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2025**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| NICOLE CARBY | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |

Civil Action No.   4:25-CV-05105-TOR

CITY OF KENNEWICK and BENTON COUNTY
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's Motion to Dismiss (ECF No. 9) is GRANTED in part. Plaintiff's claims against Defendant City of
Kennewick are DISMISSED without prejudice.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    THOMAS O. RICE _____

Date:   12/12/2025 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*